**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6417

In Re:  RONALD MILES,

Petitioner.

On Petition for a Writ of Mandamus.
(1:00-cv-00204-TSE; 1:06-cv-00344-TSE)

Submitted:  April 19, 2007          Decided:  April 25, 2007

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ronald Miles, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Miles petitions for a writ of mandamus, in which he seeks an order from this court directing the district court to file and docket his Fed. R. Civ. P. 60(b) motion. Our review of the docket sheet reveals that the district court filed and docketed Miles' motion on November 27, 2006, and acted on his motion in an order entered on March 27, 2007. Accordingly, because the district court has recently acted in Miles' case, we deny the mandamus petition as moot. We grant Miles' motion to proceed in forma pauperis, but deny his motion for appointment of counsel and motion for injunction and/or stay of the proceeding. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>